**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                          **CASE NO.:  3:00cr48/LAC**
                                                                 **3:05cv256/LAC/MD**

**MELODY ROSE**

_____

**ORDER**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 12, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 1298) is DENIED.


DONE AND ORDERED this 10th day of February, 2006.


                                        s/*L.A. Collier*
                                        _____
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**